IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

THOMAS H. YOUNG, II, )
        Plaintiff )
        v. ) No. 3:05-cv-581
MORGAN COUNTY, TN, *et al.*, )
        Defendants )

## **O R D E R**

A review of the record reflects that this court entered a scheduling order [Doc. 12] on April 3, 2006. Among other things, that scheduling order required the parties to meet within thirty (30) days from the entry of that order and to "submit to the court a written report outlining their views and proposals concerning the matters set out in Rule 26(f)(1-4) ..." within ten (10) days of that meeting [*id.*, p.1]. However, almost four months later, the parties have not yet done so.

Accordingly, the parties are hereby ORDERED to file that written report within ten (10) days from the date of this order; otherwise, this case will be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 16(f) and 41(b).

Additionally, the parties are ORDERED to comply with all other deadlines established by that scheduling order under penalty of an appropriate sanction. *See* Fed. R. Civ. P. 16(f).

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE